# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-255E |
| | ) Judge Lancaster |
| | ) Magistrate Judge Caiazza |
| JOHN MARK KARR, et al., | ) |
| Defendant | ) |

## ORDER

AND NOW, this 2nd day of November, 2007;

An order was issued upon the Plaintiff to show good cause why this case should not be dismissed for failure to comply with this court's order dated October 17, 2007 (Doc. 2) which stated that:

**IF YOU WISH TO PROCEED WITH THIS CIVIL RIGHTS ACTION, YOU MUST INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY OCTOBER 15, 2007.**

The show cause response was due by November 1, 2007. Having failed to show good cause, IT IS HEREBY ORDERED that this case is dismissed.

November 2, 2007

Gary L. Lancaster
U.S. District Court Judge

cc:
JONATHAN LEE RICHES, 40948-018
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590